

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton, and Jesse Rodriguez Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On December 9, 2015, this court issued an opinion in this appeal. A motion for rehearing or en banc reconsideration is due on December 28, 2015. *See* TEX. R. APP. P. 49.1, 49.7. A motion for extension of time to file a motion for rehearing is due by January 12, 2016. *See id.* R. 49.8.

On December 18, 2015, Appellees filed a motion for a thirty-day extension of time— until January 25, 2016—to file a motion for en banc reconsideration. Appellees' motion is GRANTED. *See id.* Appellees' motion for en banc reconsideration must be filed by January 25, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court